THE LAW OFFICE OF JAY A. WEINBERG
Jay A. Weinberg, Esq.
JW3375
149 Livingston Avenue
New Brunswick, NJ 08901
732.247.4770
Attorney for Debtor

**Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

================================x

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Herman Z. Johnson

Case No: **18-28411 CMG**

Chapter 7

Debtor.

Motion returnable: **11/06/2018 @ 10:00AM**

================================x

### ORDER APPROVING TELEPHONIC 341 MEETING OF CREDITORS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: November 6, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            HERMAN Z. JOHNSON
Case No:           18-28411 CMG
Caption of Order:  Order Approving a Telephonic 341 Meeting of Creditors

**ORDERED** that the above captioned Chapter 7 Case will be conducting the 341A Meeting of Creditors via telephone conference.