**THE LAW OFFICE OF JAY A. WEINBERG**
**Jay A. Weinberg, Esq.**
**JW3375**
149 Livingston Avenue
New Brunswick, NJ 08901
732.247.4770
Attorney for Debtor

Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

================================x

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Herman Z. Johnson

Case No: **18-28411 CMG**

Chapter 7

Debtor.

Motion returnable: **11/06/2018 @ 10:00AM**

================================x

### ORDER APPROVING TELEPHONIC 341 MEETING OF CREDITORS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: November 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            HERMAN Z. JOHNSON
Case No:           18-28411 CMG
Caption of Order:  Order Approving a Telephonic 341 Meeting of Creditors

**ORDERED** that the above captioned Chapter 7 Case will be conducting the 341A Meeting of Creditors via telephone conference.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28411-CMG
Herman Z. Johnson                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Nov 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db              +Herman Z. Johnson,    51 Churchill Avenue,    Somerset, NJ 08873-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay A. Weinberg    on behalf of Debtor Herman Z. Johnson jw@jayweinberg.com
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6