UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-28411-CMG |
|---|---|---|
| | Chapter: | 7 |
| Herman Z. Johnson | Judge: | Christine M. Gravelle |

NOTICE OF PROPOSED ABANDONMENT

    JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on 12/18/18 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 51 Churchill Road, Somerset, NJ  08873  ½ ownership | $325,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | 51 Churchill Avenue Somerset, NJ - 08873-0000 Somerset County ½ ownership | 1st--- Ditech Financial<br>2nd---Bank of America | $348,813.27<br>$68,447.45 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | 51 Churchill Avenue Somerset, NJ - 08873-0000 Somerset County ½ ownership | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:    /s/ John W. Hargrave

Address:    117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:    (856) 547-6500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  　　　　　　　　　　　　　　　　　　　　　Case No.: 17-12838-KCF
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7
Lewis O Van Horn  　　　　　　　　　　　　　　　　Judge: Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on _____ at 10 a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| Description of Real Property | Petition Value |
|---|---|
|  |  |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Single-family home11 Sunset DriveHowell NJ 07731-0000Monmouth11 Sunset Drive | | $292,000.00 |
| 2 | cemetary plot (3 of 4 spaces occupied) | | |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Single-family home11 Sunset DriveHowell NJ 07731-0000Monmouth11 Sunset Drive | $0.00 |
| 2 | cemetary plot (3 of 4 spaces occupied) | $500.00 |

Objections must be served on, and requests for additional information directed to:

Name:  　　　　/s/ John W. Hargrave

Address:  　　117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:  (856) 547-6500

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-28411-CMG
Herman Z. Johnson                                           Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Nov 16, 2018
                              Form ID: pdf905          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Herman Z. Johnson,   51 Churchill Avenue,    Somerset, NJ 08873-3443
517756555      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
517756556       Bank of America Home Loans,    PO BOx 15227,   Wilmington, DE 19886-5227
517756557      +Ditech Financial,   PO Box 660934,    Dallas, TX 75266-0934
517756558       Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
517756560      +Milstead & Associates LLC,   1 E. Stow Road,    Marlton, NJ 08053-3118
517756562       Sears Credit Cards,   PO Box 78051,    Phoenix, AZ 85062-8051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:11     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517756559       E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:49:53     JCPenney,   PO Box 960090,
                 Orlando, FL 32896-0090
517756561       E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:49:53     Sam's Club Synchrony Bank,
                 PO Box 530942,   Atlanta, GA 30353-0942
517757715      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:50:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay A. Weinberg    on behalf of Debtor Herman Z. Johnson jw@jayweinberg.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```